IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CARMEN L. McFERRIN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a Foreign Corporation, BISHOP BARRY, a Professional Law Corporation, ANDREW A. GOODE, REBECCA B. AHERNE and PARKER, HEITZ & COSGROVE, PPLC, a Professional Limited Liability Company,<br><br>        Defendants. | CV 16-146-BLG-SPW-TJC<br><br>**ORDER REGARDING STIPULATION** |

Pursuant to stipulation of the parties (Doc. 47), and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

If the parties to this case mediate this case, either separately or in conjunction with non-parties to this dispute, the mediation shall be governed by the following:

1. The Defendants' participation in any such mediation and related activities (such as, without limitation, sending settlement brochures or other communications or travel to Montana) will not factor into any analysis about whether this Court has personal jurisdiction over any of the Defendants in this

case. No party shall submit evidence of any such participation or related activities, or shall argue it with respect to any personal jurisdiction analysis that is presently before this Court or which may come before this Court at any time during this proceeding.

2. Any mediation which the parties may hold in this case shall be conducted pursuant to and governed by Montana Code Annotated § 26-1-813, including its confidentiality and privilege provisions.

DATED this 30th day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge