

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CARMEN L. MCFERRIN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED SPECIALITY INSURANCE COMPANY, A Foreign Corporation, BISHOP BARRY, A Professional Law Corporation, ANDREW A. GOODE, REBECCA B. AHERNE and PARKER, HEITZ & COSGROVE, PLLC, a Professional Limited Liability Company, <br><br> Defendants. | CV 16-146-BLG-SPW-TJC <br><br><br> ORDER |

Upon the Plaintiff's Notice of Settlement (Doc. 49), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED** and any pending motions are **DENIED** as moot.

DATED this 1st day of March, 2017.

SUSAN P. WATTERS  
United States District Judge