
FILED
MAR - 8 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CARMEN L. MCFERRIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SPECIALITY INSURANCE COMPANY, A Foreign Corporation, BISHOP BARRY, A Professional Law Corporation, ANDREW A. GOODE, REBECCA B. AHERNE and PARKER, HEITZ & COSGROVE, PLLC, a Professional Limited Liability Company,<br><br>Defendants. | CV 16-146-BLG-SPW-TJC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 51),

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorneys' fees.

DATED this 8th day of March, 2017.

SUSAN P. WATTERS
United States District Judge